# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:09-cr-0113-GMN-PAL |
| vs. ) | |
| ) | **ORDER** |
| ADOLPH VARGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Adolph Vargas's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. 3582(c) (ECF No. 511), and the Federal Public Defender's Motion to Withdraw as Attorney (ECF No. 517).

Defendant was originally sentenced pursuant to a downward variance to a sentence that is less than the low end of the amended sentencing range of 135 – 168 months. Accordingly, the Court finds that Defendant is ineligible for any reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014.

**IT IS HEREBY ORDERED** that Defendant's Motion for a Sentence Reduction (ECF No. 511) is **DENIED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Motion to Withdraw as Attorney (ECF No. 517) is **GRANTED**.

**DATED** this __4__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge